UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

In re SEMILEDS CORPORATION LITIGATION : Civil Action No. 1:13-cv-04776-DLC

: **CLASS ACTION**

This Document Relates To:

ALL ACTIONS.

---------------------------------------x

2/21/2014

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

NOTICE IS HEREBY GIVEN by and between the parties and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed with prejudice as to Lead Plaintiff Mohammad Yasir and Plaintiff Jean C. Huard, with all of the parties bearing their own costs, fees, and expenses and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by any party.

DATED: February 20, 2014

POMERANTZ GROSSMAN HUFFORD
  DAHLSTROM & GROSS LLP
JEREMY A. LIEBERMAN

/s/ Jeremy A. Lieberman
JEREMY A. LIEBERMAN

600 Third Avenue
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com

*Counsel for Lead Plaintiff*

So ordered.
/s/ Denise Cote
2/21/14

- 1 -

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>EVAN J. KAUFMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br><br>HOLZER HOLZER & FISTEL, LLC<br>COREY D. HOLZER<br>MARSHALL P. DEES<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax)<br>cholzer@holzerlaw.com<br>mdees@holzerlaw.com<br><br>*Additional Counsel for Plaintiffs* |
| DATED: February 20, 2014 | ORRICK HERRINGTON & SUTCLIFFE LLP<br>JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br><br>/s/ *James N. Kramer*<br>　　　　JAMES N. KRAMER<br><br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Telephone: 415/773-5700<br>jkramer@orrick.com<br>atalarides@orrick.com<br><br>KATHERINE L. MACO<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone : 212/506-5000<br>kmaco@orrick.com<br><br>*Attorneys for Defendants SemiLEDs Corporation, Trung T. Doan, Anh Chuong Tran, and David Young* |

IT IS ORDERED

U.S.D.J.

- 2 -